**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE: ANTHONY GASSON,

                Debtor.
-------------------------------------------------------------X

ANTHONY GASSON,

                Appellant,                19 **CIVIL** 1172 (NSR)

   -against-                           **JUDGMENT**

PREMIER CAPITAL, LLC,

                Appellee.
-------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, the Decision of the Bankruptcy Court is affirmed in its entirety: accordingly, this case is closed.

Dated: New York, New York
        March 31, 2021

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                      **BY:**
                                                        Deputy Clerk